CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 09 2010

JOHN F CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| REGINA M. CHRISTMAS, | ) | CASE NO. 3:09CV00005 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE[1], Commissioner | ) | By: B. Waugh Crigler |
| of Social Security, | ) | U. S. Magistrate Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the court's Memorandum Opinion of even date, it hereby is

ORDERED

that plaintiff's April 15, 2010 motion for an award of attorney fees in the amount of $5,950.00 under the Equal Access To Justice Act ("EAJA"), 28 U.S.C. § 2412(d) is GRANTED.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: /s/ _____
U.S. Magistrate Judge

6/9/10
Date

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, he should be substituted for Jo Anne B. Barnhart as the defendant.